No. 216. REAL ESTATE CORP., INC., v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *N. E. Snyder* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones, Myron C. Baum* and *Arthur I. Gould* for respondent.

No. 218. ZEH ET AL. v. AEROGLIDE CORPORATION. C. A. 2d Cir. Certiorari denied. *Reginald C. Smith* for petitioners. *Harold Harper* for respondent.

No. 231. RHODES v. STAR HERALD PRINTING CO. ET AL. Supreme Court of Nebraska. Certiorari denied.

No. 232. LIBERIAN CARRIERS, INC., ET AL. v. TAMPA SHIP REPAIR & DRY DOCK CO., INC. C. A. 2d Cir. Certiorari denied. *Richard H. Sommer* and *Edward L. Smith* for petitioners. *Nicholas J. Healy III* for respondent.

No. 234. TEXACO, INC., v. FEDERAL TRADE COMMISSION. C. A. 5th Cir. Certiorari denied. *Milton Handler* and *Cecelia H. Goetz* for petitioner. *Solicitor General Cox, Assistant Attorney General Loevinger, Robert B. Hummel, Elliott H. Moyer* and *James McI. Henderson* for respondent.

No. 238. GRAHAM v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *Joseph S. Schuchert, Jr.* and *Paul Ginsburg* for petitioner.

No. 252. CLEMENT v. FISHER. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se. Charles E. Brown* for respondent.